CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mauricio Romero-Gonzalez**; DOB: 1997; Mexico<br>**Cristian Eduardo Huerta-Basilio**; DOB: 1992; Mexico<br>**Anahi Gonzalez-Martinez**; DOB: 2003; Mexico<br>**Pedro Casales-Maiz**; DOB: 1988; Mexico<br>**Anuar Martinez-Martinez**; DOB: 2005; Mexico<br>**Yesenia Romero-Gonzalez**; DOB: 1999; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**24-03075MJ** |
| Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about April 9, 2024, in the District of Arizona, **Mauricio Romero-Gonzalez, Cristian Eduardo Huerta-Basilio, Anahi Gonzalez-Martinez, Pedro Casales-Maiz, Anuar Martinez-Martinez and Yesenia Romero-Gonzalez,** did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport and/or harbor certain illegal aliens, including Alejandro Ramirez-Olmedo, Fernando Vargas-Rosales, Maria Del Rosario Marcial-Lopez, Nivertiti Safira Guzman-Cruz, Cirilo Martinez-Montalvan, Miguel Martinez-Ramirez, and Fernando Asencion-Gonzalez, to avoid said aliens' detection by immigration authorities, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
In 2023, Border Patrol Intelligence agents began an investigation into an alien smuggling organization. The organization, in exchange for payment, collects foreign nationals who have illegally entered the United States from hiding spots near the U.S.-Mexico border in the area of Rio Rico, Arizona. These aliens are then collected at other locations in and around Rio Rico. From these staging points, the aliens are transported by motor vehicles to similar successive staging locations in the area of Mesa, Arizona. From there the aliens are smuggled to their ultimate destinations in the interior of the United States. The Defendants in this case **Mauricio ROMERO-Gonzalez, Cristian Eduardo HUERTA-Basilio, Anahi GONZALEZ-Martinez, Pedro CASALES-Maiz, Anuar MARTINEZ-Martinez and Yesenia ROMERO-Gonzalez,** were managing or assisting at the Mesa, Arizona stash houses.

On April 9, 2024, in the District of Arizona (Phoenix), at approximately 6:00 a.m., Border Patrol Agents (BPAs) from the Tucson Sector Intelligence Unit from the Nogales Border Patrol Station and the Nogales Anti-Smuggling Unit served two residential search warrants with the Special Operations Detachment (SOD) at 744 S. Pima in Mesa, Arizona and at 8320 N. 60th Drive, Apt. 1 in Glendale, Arizona. BPAs have previously identified 744 S. Pima as being a possible stash house being used to harbor Undocumented Non-Citizens (UNCs) waiting transportation into the interior of the United States.
**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alejandro Ramirez-Olmedo, Fernando Vargas-Rosales, Maria Del Rosario Marcial-Lopez, Niverititi Safira Guzman-Cruz, Cirilo Martinez-Montalvan, Miguel Martinez-Ramirez, and Fernando Asencion-Gonzalez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*[signature]* | DATE<br>April 10, 2024 |

1)   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Siegele

Continued from front page.

**24-03075MJ**

8320 N. 60th Drive, Apt. 1 has been identified by BPAs as supporting the stash house at 744 S. Pima. BPAs have observed subjects driving vehicles from the apartment on 60th drive to the residence on Pima and have also monitored these vehicles traveling across the United States from these addresses. The SOD team served the warrant at the residence on Pima and gave commands in English and Spanish to the subjects inside the home and asked them to exit. BPAs observed a male subject, later identified as **Mauricio ROMERO-Gonzalez** open the door and multiple additional subjects exit once the door was opened. A total of twenty-four subjects exited the residence. Of the twenty-four subjects arrested at the residence located on Pima, four subjects, later identified as **Mauricio ROMERO-Gonzalez, Pedro CASALES-Maiz, Yesenia ROMERO-Gonzalez,** and **Anahi GONZALEZ-Martinez**, were identified as caretakers.

The SOD team also served the warrant at the apartment located on North 60th Drive and gave commands in English and Spanish for any subjects inside the apartment to exit with no response. SOD then breached the front door and shortly after, four subjects exited the apartment with their hands raised. Two subjects arrested from the apartment on 60th Drive, later identified as **Anuar MARTINEZ-Martinez** and **Cristian Eduardo HUERTA-Basilio**, were also identified as caretakers and/or drivers. An immigration inspection was conducted on all subjects arrested at both residences and all subjects, to include Alejandro Ramirez-Olmedo, Fernando Vargas-Rosales, Maria Del Rosario Marcial-Lopez, Nivertiti Safira Guzman-Cruz, Cirilo Martinez-Montalvan, Miguel Martinez-Ramirez, and Fernando Asencion-Gonzalez, were determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Alejandro Ramirez-Olmedo, Fernando Vargas-Rosales, Maria Del Rosario Marcial-Lopez, Nivertiti Safira Guzman-Cruz, Cirilo Martinez-Montalvan, Miguel Martinez-Ramirez, and Fernando Asencion-Gonzalez do not possess the proper documentation to enter, pass through or remain in the United States legally.

Material witness Maria Del Rosario Marcial-Lopez stated that she is a citizen of Mexico. Marcial crossed the International Boundary Fence (IBF) with 10 other people. She was picked up by a vehicle and transported to a home. Upon arrival Marcial was told to enter the home through the front door and to run into the house. She stayed at the house for approximately one day. Marcial was later woken up by the sound of police sirens and BPAs telling the people inside to exit the home. When shown a photo lineup, Marcial was able to positively identify **Casales-Maiz** as a caretaker of the home and the person in charge. She positively identified **Gonzalez-Martinez** as the person in charge of the ledgers and was in communication with the families. Marcial positively identified **Mauricio Romero-Gonzalez** as a person who lived at the home.

Material witness Cirilo Martinez-Montalvan stated that he is a citizen of Mexico. Martinez crossed the IBF and later was taken to a house. The caretaker charged Martinez an extra $800 USD on top of his smuggling arrangements to be taken to his destination in Kansas. The caretakers would go in and out of the home as they pleased. When shown a photo lineup, Martinez was able to positively identify **Casales-Maiz** and **Gonzalez-Martinez** as people that lived at the home.

Material witness Fernando Vargas-Rosales stated that he is a citizen of Mexico. Vargas crossed the IBF and was later taken to a house. The caretaker charged Vargas an extra $900 USD on top of his smuggling arrangements to be taken to his destination in California. When shown a photo lineup, Vargas was able to positively identify **Casales-Maiz** as a caretaker of the home and the person in charge. He positively identified **Gonzalez-Martinez** as the person in charge of the ledgers and in communication with the families. Vargas positively identified **Mauricio Romero-Gonzalez** as a person who lived in the home.

Material witness Nivertiti Safira Guzman-Cruz was located at the 60th Drive apartment. She stated that she is a citizen of Mexico. Guzman crossed the IBF as part of a group. The group was given instruction to walk to a pickup location designated as "School". A small car was waiting for them and six people got inside. They drove for approximately 30 minutes and were dropped off out in the desert. A silver SUV picked up Guzman and drove her to a white sedan. The white sedan transferred Guzman to a dark colored vehicle and that vehicle drove them to a stash house. The driver of the dark vehicle told the group to enter the house and rest. Guzman went inside and laid down in the living room. The driver wearing blue jeans, a black sweater, and glasses walked into one of the bedrooms.
Continued on next page.

Continued from previous page.

Material witness Alejandro Ramirez-Olmedo was located at the 60th Drive apartment. He stated that he is a citizen of Mexico. He crossed the IBF and was later picked up by a vehicle and taken to a stash house. The driver instructed him to get out of the vehicle and enter the house. The driver told Ramirez there was water in the house for him to drink and that he should rest. Two males were already in the house that had their own room to sleep in.

Material witness Miguel Ramirez-Martinez stated he is a citizen of Mexico, and he was going to pay 290,000 Mexican Pesos to be smuggled into the United States. Ramirez stated he illegally crossed into the United States and walked for about six hours until he was picked up by a black sedan who transported him to a house approximately 20 minutes from the pickup location. Ramirez stated he and 16 other subjects were then transported to a trailer parking lot where they were loaded into the trailer of a cargo semi-truck. Ramirez stated the semi-truck transported them to an unknown location where they were then loaded into a small grey SUV and transported to a house in Phoenix, Arizona where they were received at his house by an overweight male subject who told them to not make noises and to stay inside the house. Ramirez stated he counted four caretakers inside this house, two males and two females. Ramirez was able to positively identify both **CASALES** and **Mauricio ROMERO-Gonzalez** as the two male caretakers of the house from photo lineups. Ramirez stated **CASALES** was the man who received them when they arrived and was also the man giving instructions. Ramirez stated the caretakers would not let him leave the house until he called family to arrange payments owed for transportation.

Material witness Fernando Asencion-Gonzalez stated he is a citizen of Mexico, and he was going to pay 190,000 Mexican Pesos to be smuggled into the United States. Asencion stated he illegally crossed into the United States with about nine other subjects, and they walked in the desert for about six or seven hours until they were picked up by a black four-door vehicle which took them to another location. Asencion stated at this location, they were then picked up by a black Chevrolet Suburban who took the group, in two trips, to a different house. Asencion stated the entire group was then picked up and transported to an 18-wheeler semi-truck who then took them to a truck stop. Asencion stated they waited at the truck stop until two trucks, a black one and a white one, arrived at their location and asked the subjects for their passwords to let them into the vehicles. Ascencion stated they arrived at a house in the early hours of April 8, 2024, and they were received by an overweight man who told them to stay quiet. Asencion stated they were not allowed to leave the house on their own free will and he felt as if they were being guarded. Asencion was able to positively identify **Mauricio ROMERO-Gonzalez** as the man guarding them and **CASALES** as the man who received them at the house from photo lineups.

After waiving his *Miranda* rights, **Mauricio ROMERO-Gonzalez** stated he illegally crossed into the United States approximately three years ago and was living in the house he was arrested in with his friend **CASALES**. **Mauricio ROMERO-Gonzalez** admitted he was picking up UNCs from people at undisclosed locations and was taking them to the stash house he was arrested in. **Mauricio ROMERO-Gonzalez** stated he was being compensated for housing and taking care of the UNCs until they were transported further into the United States. **Mauricio ROMERO-Gonzalez** stated that **CASALES** was also involved in the picking up and housing of the UNCs and that **CASALES** was the one receiving orders. **Mauricio ROMERO-Gonzalez** stated he has seen over 80 subjects be housed where he is living, and they would be compensated about $600 for every person that stayed at their house. **Mauricio ROMERO-Gonzalez** stated he would see different vehicles transport subjects further into the United States and they would take about 8 to 10 subjects at a time. **Mauricio ROMERO-Gonzalez** stated **MARTINEZ-Martinez** and **HUERTA** had also been to the house several times to pick up UNCs. **Mauricio ROMERO-Gonzalez** stated they would transport about 8 subjects at a time, and they have done this approximately 7 times. **Mauricio ROMERO-Gonzalez** stated **MARTINEZ-Martinez** and **HUERTA** would transport the UNCs further into the United States.

After waiving his *Miranda* rights, **CASALES** stated he was picking up UNCs at an undisclosed location and was transporting them to the house where he was arrested on this date. **CASALES** stated he was being compensated for housing and taking care of the UNCs until they were transported to their final destinations across the United States. **CASALES** stated **Mauricio ROMERO-Gonzalez** was also a caretaker that was helping transport and care the UNCs at the house. **CASALES** stated **MARTINEZ-Martinez** and **HUERTA** had also been to the house several times to pick up UNCs.

Continued on next page.

Continued from previous page.

**CASALES** stated they would transport about 8 subjects at a time, and they have done this approximately 7 times. **CASALES** stated **MARTINEZ-Martinez** and **HUERTA** would transport the UNCs across the United States.

After waiving her *Miranda* rights, **Yesenia ROMERO-Gonzalez** stated she illegally crossed into the United States about one year ago and has been living at the residence located on Pima with her brother, sister, and a man named Pedro (**CASALES**). **Yesenia ROMERO-Gonzalez** stated her brother, **Mauricio ROMERO-Gonzalez**, and **CASALES** house UNCs at the house she was arrested at and all the UNCs found in the house, arrived the day prior. **Yesenia ROMERO-Gonzalez** stated **MARTINEZ** and **HUERTA** had also been to the house several times to pick up UNCs. **Yesenia ROMERO-Gonzalez** stated they would transport about 8 subjects at a time, and they have done this approximately 7 times. **Yesenia ROMERO-Gonzalez** stated **MARTINEZ** and **HUERTA** would transport the UNCs across the United States.

After waiving her *Miranda* rights, **GONZALEZ-Martinez** stated she illegally crossed into the United States about one year ago and has been living at the residence located on Pima with her brother, sister, and a man named Pedro (**CASALES**). **GONZALEZ-Martinez** stated she is not aware of all the people that were inside the house. **GONZALEZ-Martinez** stated she works as a housekeeper at a hotel and comes home in the evenings and she did not see anyone who did not live in the house the night prior. **GONZALEZ-Martinez** stated **CASALES** would let people sleep over from time to time and claimed she did not know anything about what was going on at the house.

After waiving his *Miranda* rights, **HUERTA** admitted to being illegally present in the United States and living at the apartment located on 60th Drive. **HUERTA** stated when he was living in California, he was unable to pay his debt and several men were sent to his home in Mexico and threatened his wife and children. **HUERTA** stated he was given an ultimatum to pay his debt or work for the man who he owed the debt to. **HUERTA** stated he was unable to pay his debt and decided to work for this man and relocated to Phoenix, Arizona. **HUERTA** stated he would have $1,500 deducted from his debt for each month he worked for this subject. **HUERTA** stated he was given instructions to receive orders from a man with the moniker of "El Gordo" who would then give **HUERTA** orders. **HUERTA** was able to positively identify **CASALES** as the man known as "El Gordo" from a photo lineup. **HUERTA** clarified that **CASALES** lived at a different stash house and **HUERTA** was assigned to a second stash house under the care of **MARTINEZ**. **HUERTA** stated he would assist **MARTINEZ** with bookkeeping and transferring money to and from load vehicle drivers and **CASALES**. **HUERTA** stated all the involved parties were arrested with him when the warrant was served.