

GARY M. RESTAINO
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Mauricio Romero-Gonzalez,
Cristian Eduardo Huerta-Basilio,
Anahi Gonzalez-Martinez,
Pedro Casales-Maiz,
Anuar Martinez-Martinez,
Yesenia Romero-Gonzalez,

    Defendants.

24-mj-03075-N/A

NOTICE OF VIDEO DEPOSITION HEARING AS TO DATE, TIME AND LOCATION

PLEASE TAKE NOTICE that the video depositions of Alejandro Ramirez-Olmedo, Fernando Vargas-Rosales, Maria Del Rosario Marcial-Lopez, Nivertiti Safira Guzman-Cruz, Cirilo Martinez-Montalvan, Miguel Martinez-Ramirez and Fernando Asencion-Gonzalez, are currently scheduled for all-day on Tuesday, May 7, 2024, Thursday, May 9, 2024 and Friday, May 10, 2024, starting at 8:30 am, in Suite 4700, Grand Jury Room, 4th floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED April 11, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Sarah Prenp* (signature)

Assistant U.S. Attorney

1 Copy of the foregoing served electronically or
by other means dated April 11, 2024, to:
2
3 All ECF Participants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28